UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LABORERS INTERNATIONAL UNION OF
NORTH AMERICA, LOCAL NO. 199 WELFARE,          ORDER
PENSION, APPRENTICESHIP & TRAINING,        04-CV-5466 (NGG)(MDG)
VACATION & ANNUITY FUNDS, et al.,

        Plaintiffs,

   -against-

ADAMS MANAGEMENT GROUP, INC.,

        Defendant.
-----------------------------------------------------------------X

GARAUFIS, District Judge.

    On March 9, 2006 Magistrate Judge Marilyn Dolan Go issued a Report and Recommendation ("R&R") in the above-captioned action recommending that the Plaintiff be awarded judgment in the amount of $1,509.16, plus statutory interest from the date of entry of default. No objections to the R&R have been timely filed.

    In reviewing an R&R, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). In order to accept a Magistrate Judge's R&R where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); see also Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991) (court may accept report if it is "not facially erroneous").

The court finds no clear error in the R&R and therefore adopts the R&R for the reasons stated therein. The plaintiffs are hereby awarded $1,509.16, plus statutory interest from the date of entry of default.

SO ORDERED.

Dated: March 30, 2006  
       Brooklyn, N.Y.

                                                 /s/  
                                    Nicholas G. Garaufis  
                                    United States District Judge